Deborah Co #125490
Gary N. Lento    #225118

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Respondent and
Applicant RAIN AND HAIL INSURANCE SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration pending before AAA Case No. 74 430 01092 04- DOWY between<br><br>GENE ANDERSON, an Individual,<br><br>    Claimant,<br><br>  v.<br><br>RAIN & HAIL INSURANCE SERVICE, INC., an Iowa Corporation,<br><br>    Respondent. | Case No. 1:05-CV-00492-REC DLB<br><br>**STIPULATION TO CONTINUE HEARING ON APPLICATION OF RAIN & HAIL TO DISQUALIFY CLAIMANT'S COUNSEL FROM REPRESENTING CLAIMANT IN THE PENDING ARBITRATION;**<br><br>**OR IN THE ALTERNATIVE,**<br><br>**FOR A PRELIMINARY INJUNCTION TO ENJOIN CLAIMANT FROM EMPLOYING CLAIMANT'S COUNSEL IN THE PENDING ARBITRATION**<br><br>**AND ORDER**<br><br>CURRENT DATE:  May 16, 2005<br><br>DATE TO BE CONTINUED TO:   June 6, 2005<br><br>COURTROOM:   1<br>JUDGE:         Hon. Robert E. Coyle |

In consideration of pending settlement discussions between the parties hereto, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that **the hearing be continued from its current date of May 16, 2005, at 1:30 p.m. in Dept. 1 of this court, to June 6, 2005, at 1:30 p.m. in Dept. 1** of this court regarding the

Application for an Order disqualifying Mr. Thomas E. Campagne, Esq, and the law firm of Thomas E. Campagne & Associates ("Campagne & Associates") from representing Claimant, Gene Anderson ("Claimant") in an arbitration presently pending before the American Arbitration Association; or in the alternative, for a Preliminary Injunction enjoining Claimant from employing Thomas E. Campagne and Campagne & Associates, in the pending arbitration.

DATED: April _29_, 2005.

**BAKER, MANOCK & JENSEN**

By   /s/   Deborah A. Coe
**Deborah A. Coe**
Attorneys for Applicant, RAIN AND HAIL INSURANCE SERVICE, INC.

DATED: April _29_, 2005.

**CAMPAGNE & CAMPAGN**E

By   /s/   Justin T. Campagne
**Justin T. Campagne**
Attorneys for Claimant, GENE ANDERSON

**IT IS SO ORDERED.**

DATED:   ___April 29_, 2005

___/s/ ROBERT E. COYLE_
Robert E. Coyle
SENIOR JUDGE, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

G:\docs\LLucas\PROPOSED ORDERS\05cv492.wpd
13639.0012