Gary N. Lento          #225118

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Respondent and Applicant RAIN AND HAIL INSURANCE SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration pending before AAA Case No. 74 430 01092 04- DOWY between<br><br>GENE ANDERSON, an Individual,<br><br>　　　　　Claimant,<br><br>　　v.<br><br>RAIN & HAIL INSURANCE SERVICE, INC., an Iowa Corporation,<br><br>　　　　　Respondent. | Case No. 1:05-CV-00492-REC DLB<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorney fees.

**RAIN AND HAIL INSURANCE SERVICE, INC.**

DATED: May  23 , 2005          By   /s/   Edward J. Gribben
　　　　　　　　　　　　　　　　　　　　Claims/QC Manager

**STIPULATION OF DISMISSAL**

|||
|---|---|
| | **BAKER, MANOCK & JENSEN** |
| DATED: May 24, 2005 | By /s/ Deborah A. Coe<br>**Deborah A. Coe**<br>Attorneys for Applicant, RAIN AND HAIL INSURANCE SERVICE, INC. |
| DATED: May 23, 2005 | By /s/ Gene Anderson<br>**Gene Anderson,** Claimant |
| | **CAMPAGNE & CAMPAGNE** |
| DATED: May 23, 2005 | By /s/ Justin Campagne<br>**Justin T. Campagne**<br>Attorneys for Claimant, GENE ANDERSON |

**IT IS SO ORDERED.**

DATED: _June 3, 2005

/s/ ROBERT E. COYLE
Robert E. Coyle
SENIOR JUDGE, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

G:\docs\LLucas\PROPOSED ORDERS\05cv0492.wpd
13639.0012

2

**STIPULATION OF DISMISSAL**